No. 363. EX PARTE PEDRO SANTANA, JR.—Petition for approval of the notarial surety bond executed by the National Surety Company on May 26, 1913. Decided May 27, 1913. Bond approved. The petitioner appeared *pro se*.

No. 991. BYRON ET AL. *v*. GONZÁLEZ.—Appeal from the District Court of San Juan, Section 1. Motion of respondent to dismiss appeal. Decided May 27, 1913. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Emigdio S. Ginorio* for respondent. The appellant did not appear.

No. 935. BLANCO *v*. HERNÁNDEZ ET AL.—Appeal from the District Court of Mayagüez. Stipulation to amend the statement of the case. Decided May 27, 1913. Leave to amend denied on the grounds set forth in the opinion rendered in Case No. 937, *Orama et al.* v. *Oyanguren, ante* p. 294. *Mr. José Sabater* for appellants. *Mr. Leopoldo Feliú* for respondent.

No. 604. THE PEOPLE *v*. DELGADO.—Appeal from the District Court of Humacao. Motion of appellant to withdraw appeal. Decided May 28, 1913. Appeal dismissed on motion of appellant. *Mr. Carlos Travecier* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

No. 607. THE PEOPLE, APPELLANT, *v*. FIGUEROA, RESPONDENT.—Appeal from the District Court of Ponce. Motion of *fiscal* to withdraw appeal. Decided June 2, 1913. Appeal dismissed. *Mr. Charles E. Foote, fiscal,* for The People. The respondent did not appear.